

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

April 8, 1977

The Honorable James L. Edwards
Comanche County Attorney
Box 147
Comanche, Texas 76442

Opinion No. H-976

Re: Whether a county is
required to provide
ambulance service.

Dear Mr. Edwards:

You have requested our opinion concerning whether a
county is required to provide ambulance service.

It is well established in the opinions of this office
that a county _may_ provide ambulance service pursuant to the
commissioner court's power regarding public health. Attorney
General Opinions M-806 (1971), M-385 (1969), C-722 (1966);
see V.T.C.S. arts. 2372t, 4418f. In Attorney General Opinion
M-385, it was decided that a hospital district was authorized
but not required to provide ambulance service. We have dis-
covered no authority which would require a county to provide
ambulance service. Article 4418f gives commissioners courts
"the authority" to expend money for public health purposes
which might include ambulance service but does not require
them to provide such service. In the absence of a statute
or constitutional provision imposing such a duty, in our
opinion a county is not required to provide ambulance service.

### S U M M A R Y

A county may, but is not required to,
provide ambulance service.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

p. 4066

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

kml